# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TENNESSEE
# AT CHATTANOOGA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | Case No. 1:17-cr-165 |
| v. ) | |
| ) | Judge Travis R. McDonough |
| GERALD GREEN, JR. ) | |
| ) | Magistrate Judge Christopher H. Steger |

## ORDER

U.S. Magistrate Judge Christopher H. Steger filed a report and recommendation (Doc. 19) recommending that the Court: (1) grant Defendant's motion to withdraw his not guilty plea as to Count One of the three-count Indictment; (2) accept Defendant's guilty plea as to Count One of the three-count indictment; (3) adjudicate Defendant guilty of conspiracy to distribute twenty-eight grams or more of a mixture or substance containing a detectable amount of cocaine base ("crack"), a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1), 841 (b)(1)(B) and 846; and (4) order that Defendant remain in custody until sentencing in this matter. Neither party filed a timely objection to the report and recommendation. After reviewing the record, the Court agrees with Magistrate Judge Steger's report and recommendation. Accordingly, the Court **ACCEPTS** and **ADOPTS** the magistrate judge's report and recommendation (Doc. 19) pursuant to 28 U.S.C. § 636(b)(1) and **ORDERS** as follows:

1. Defendant's motion to withdraw his not guilty plea as to Count One of the three-count Indictment is **GRANTED**;

2. Defendant's plea of guilty to Count One of the three-count Indictment is **ACCEPTED**;

3. Defendant is hereby **ADJUDGED** guilty of conspiracy to distribute twenty-eight grams or more of a mixture or substance containing a detectable amount of cocaine base ("crack"), a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1), 841 (b)(1)(B) and 846; and

4. Defendant **SHALL REMAIN** in custody until sentencing in this matter which is scheduled to take place on **July 13, 2018, at 9:00 a.m.** before the undersigned.

**SO ORDERED.**

/s/ *Travis R. McDonough*
**TRAVIS R. MCDONOUGH**
**UNITED STATES DISTRICT JUDGE**